MCELROY, DEUTSCH, MULVANEY & CARPENTER LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
(973) 993-8100
Attorneys for Petitioner,
DrugLogic, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| In the Matter of the Application of DrugLogic, Inc. to Compel Compliance With Subpoenas | Civil Action No. 13-2187(AET)(LHG) |
|---|---|

**PROOF OF SERVICE OF MOTION TO COMPEL**
**ON RESPONDENT SHI INTERNATIONAL CORPORATION**

AFFIDAVIT OF: _____TC MURPHY_____

State of New Jersey :
                     ss
County of Morris    :

__TC MURPHY__, being duly sworn deposes and says that:

1. On April 8, 2013, I personally delivered a package from the law offices of McElroy, Deutsch, Mulvaney & Carpenter to the attention of Thai Lee, Shi International, 290 Davidson Avenue, Somerset NJ 08873.

2. The package was personally signed for by Mr. Sohera.

3. The time of delivery was 4:12p.m.

*TC MURPHY* (signature)

Sworn to and subscribed before
me, a Notary Public of New Jersey
This __9th__ day of __April__, __2013__

*Krystle Nesta* (signature)

**KRYSTLE T. NESTA**
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 2/22/2017
128919

Integrity Express, Inc.
One Lackawanna Place, P.O. Box 857
Morristown, NJ 07963-0857
Tel: 973-326-1500 * Fax: 973-631-1113

